## Commonwealth *v.* Copney, Appellant.

Argued November 13, 1972. *Sallie Ann Radick*, Assistant Public Defender, with her *John J. Dean*, Assistant Public Defender, and *George H. Ross*, Public Defender, for appellant; *Robert L. Campbell*, Assistant District Attorney, with him *Robert L. Eberhardt*, Assistant District Attorney, and *Robert W. Duggan*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

CERCONE, J., absent.